RANDALL W. EDWARDS (C.S.B. #179053)
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, California  94111-3823
Telephone:    +1 415 984 8700
Facsimile:    +1 415 984 8701

Attorneys for Defendant
NATIONWIDE INVESTMENT SERVICES
CORPORATION

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS ANDREW and RICHARD MAYBERRY, suing individually and by and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>    v.<br><br>CITY OF SACRAMENTO; NATIONWIDE INVESTMENT SERVICES CORPORATION, an Ohio Corporation; INTERNATIONAL CITY/COUNTY MANAGERS ASSOCIATION-RETIREMENT CORPORATION, a District of Columbia Company,<br><br>       Defendants. | Case No. 2:17-cv-02266-JAM-KJN<br><br>**STIPULATION TO EXTEND TIME FOR NATIONWIDE INVESTMENT SERVICES CORPORATION TO RESPOND TO COMPLAINT** |

Pursuant to Civil Local Rule 144(a), Defendant Nationwide Investment Services Corporation obtained consent from and stipulates with Plaintiffs Chris Andrew and Richard Mayberry, subject to Court approval, to extend by 45 days the time for Nationwide to respond to the Complaint served on November 1, 2017, such that Nationwide's new response date would be January 5, 2018. Counsel for Nationwide was recently retained, and the stipulated extension and requested Court approval is appropriate to allow sufficient time for Nationwide to investigate, prepare its response, and obtain necessary internal reviews given the holiday period. This is the first requested extension of any kind in the case by Nationwide, and the extension would not affect any other court-ordered deadline.

Alternatively, if the Court does not approve the above stipulation, then Nationwide and Plaintiffs stipulate pursuant to Civil Local Rule 144(a) to extend by 28 days the time for Nationwide to respond to the Complaint, such that Nationwide's new response date would be December 19, 2017.

Dated: November 22, 2017              Respectfully submitted,

O'MELVENY & MYERS LLP

By:  /s/ Randall W. Edwards
Randall W. Edwards
Attorneys for Defendant
NATIONWIDE INVESTMENT SERVICES
CORPORATION

Dated: November 22, 2017              Respectfully submitted,

MASTAGNI HOLSTEDT

By:  /s/ Jeffrey R.A. Edwards
(as authorized on November 22, 2017)
David P. Mastagni
Jeffrey R. A. Edwards
Attorneys for Plaintiffs
CHRIS ANDREW and RICHARD
MAYBERRY

1 | **IT IS SO ORDERED**.  Nationwide's deadline to respond to the Complaint shall be January 5,

2 | 2018.

3 | Dated:  12/14/2017

4 |

5 | /s/ John A. Mendez_____
Hon. John A. Mendez
United States District Court Judge

OMM_US:76016900.1