KEVIN T. COLLINS (SBN 185427)
JARRETT S. OSBORNE-REVIS (SBN 289193)
BUCHALTER, A Professional Corporation
500 CAPITOL MALL, SUITE 1900
SACRAMENTO, CA 95814
Telephone: (916) 945-5170
Facsimile: (213) 896-0400
Email: kcollins@buchalter.com
       josbornerevis@buchalter.com

Attorneys for Defendant
CITY OF SACRAMENTO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| CHRIS ANDREW and RICHARD MAYBERRY, suing individually and by and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF SACRAMENTO; NATIONWIDE INVESTMENT SERVICES CORPORATION, an Ohio Corporation; INTERNATIONAL CITY/COUNTY MANAGERS ASSOCIATION-RETIREMENT CORPORATION, a District of Columbia Company;<br><br>　　　　Defendants. | Case No. 2:17-cv-02266-JAM-KJN<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br><br>Complaint Filed: October 31, 2017<br><br>Trial Date: None set |

Under Eastern District Local Rule 144, Plaintiffs Chris Andrew and Richard Mayberry, and City of Sacramento (the "City") (collectively, the "Parties"), through their respective counsel, hereby seek this Court's approval to further extend the City's responsive pleading deadline to Plaintiffs' Complaint.

**RECITALS**

1. On October 27, 2017, Plaintiffs filed their Complaint in this case styled *Chris Andrew, et al v. City of Sacramento, et al.*, Case No. 2:16-cv-02266-JAM-KJN.

2. On October 31, 2017, Plaintiffs delivered a copy of the summons and their Complaint to the City, which obligated the City to file its responsive pleading by November 21, 2017. Fed. R. Civ. P. 4(j)(2)(b); Cal. Civ. Proc. Code § 416.50(a); Fed. R. Civ. P. 12(a).

3. On or about November 17, 2017, Plaintiffs granted the City an extension of time until December 20, 2017, to file an answer or otherwise respond to Plaintiffs' Complaint.

**STIPULATION**

Plaintiffs and the City, through their respective counsel, hereby stipulate and agree to extend the City's responsive pleading, subject to this Court's approval, as follows:

1. The City will have up to and including January 5, 2018, to answer or otherwise respond to Plaintiffs' Complaint. The City requests this extension for its newly retained counsel to investigate Plaintiffs' claims, prepare its response, and obtain necessary internal reviews through the holiday period.

| | |
|---|---|
| Dated: December 18, 2017 | Dated: December 18, 2017 |
| BUCHALTER, A Professional Corporation | MASTAGNI HOLSTEDT |
| By: */s/ Kevin T. Collins*<br>    Kevin T. Collins (CA Bar No. 185427)<br>    Jarrett S. Osborne-Revis (CA Bar #289193)<br>    500 Capitol Mall, Suite 1900<br>    Sacramento, CA 95814<br>    Telephone: 916.945.5188<br>    Facsimile: 213.896.0400<br>    Email: kcollins@buchalter.com<br>           Josbornerevis@buchalter.com<br>Attorneys for Defendant<br>City of Sacramento | By: */s/ Jeffrey R.A. Edwards*<br>    David P. Mastagni (CA Bar No. 57721)<br>    Jeffrey R.A. Edwards (CA Bar #57721)<br>    1912 "I" Street<br>    Sacramento, CA 95811-3151<br>    Telephone: 916.446.4692<br>    Facsimile: 916.447-4614<br>    Email: jedwards@mastagni.com<br>Attorneys for Plaintiffs<br>Chris Andrew and Richard Mayberry, et al. |

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

-1-

STIPULATION FOR EXTENSION OF TIME
FOR DEFENDANT TO RESPOND TO THE COMPLAINT

Case No. 2:17-cv-02266-JAM-KJN

I, the filer of this document, attest that each of the other signatories have consented to the filing of this document.

        */s/ Kevin T. Collins*
        Kevin T. Collins
        Jarrett S. Osborne-Revis

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

STIPULATION FOR EXTENSION OF TIME
FOR DEFENDANT TO RESPOND TO THE COMPLAINT

Case No. 2:17-cv-02266-JAM-KJN

# ORDER

Based on the Parties' Stipulation, and good cause appearing,

**IT IS HEREBY ORDERED THAT Defendant,** the City of Sacramento, will have until January 5, 2018, to answer or otherwise respond to the Complaint.

Date: 12/18/17            /s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

-3-

STIPULATION FOR EXTENSION OF TIME
FOR DEFENDANT TO RESPOND TO THE COMPLAINT

Case No. 2:17-cv-02266-JAM-KJN