MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
 *jnadolenco@mayerbrown.com*
ANDREW Z. EDELSTEIN (SBN 218023)
 *aedelstein@mayerbrown.com*
JEFF R. R. NELSON (SBN 301546)
 *jnelson@mayerbrown.com*
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

Attorneys for Defendant
International City Management Association Retirement
Corporation

# UNITED STATED DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS ANDREW and RICHARD MAYBERRY, suing individually and by and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SACRAMENTO; NATIONWIDE INVESTMENT SERVICES CORPORATION, an Ohio Corporation; INTERNATIONAL CITY/COUNTY MANAGERS ASSOCIATION-RETIREMENT CORPORATION, a District of Columbia Company;<br><br>Defendants. | Case No. 2:17-cv-02266-JAM-KJN<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO THE COMPLAINT**<br><br>Judge: John A. Mendez<br><br>Complaint Filed: October 27, 2017 |

| | |
|---|---|
| 1 | Pursuant to Local Rule 144, Plaintiffs Chris Andrew and Richard Mayberry ("Plaintiffs") and Defendant International City Management Association Retirement Corporation ("ICMA-RC"), hereby stipulate, subject to Court approval, as follows: |

Pursuant to Local Rule 144, Plaintiffs Chris Andrew and Richard Mayberry ("Plaintiffs") and Defendant International City Management Association Retirement Corporation ("ICMA-RC"), hereby stipulate, subject to Court approval, as follows:

WHEREAS, Plaintiffs served a summons and complaint on ICMA-RC on November 1, 2017;

WHEREAS, pursuant to stipulation, ICMA-RC's responsive pleading or motion would be due on or by December 20, 2017;

WHEREAS, a further extension is appropriate to allow sufficient time for ICMA-RC to gather additional information, and prepare its response, given the holiday season;

WHEREAS, the Court has granted Nationwide Investment Services Corporation's request to extend the time to answer to January 5, 2018 (*see* ECF No. 9);

WHEREAS, ICMA-RC desires to remain on the same pleading track as the other non-municipal defendant,

WHEREAS, Plaintiffs have agreed to extend the time by which ICMA-RC can answer or otherwise respond to the complaint to January 5, 2018; and

WHEREAS, only one prior extension has been obtained by ICMA-RC, and this further extension would not affect any court-ordered deadlines.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between counsel for ICMA-RC and counsel for Plaintiffs, that:

1. ICMA-RC shall have up to and including January 5, 2018 to answer, move, plead or otherwise respond to the complaint.

2. This Stipulation is not a waiver of any objection or defense that ICMA-RC or any other party to this action might raise in any subsequent answer, motion, pleading or response to the complaint.

3. This Stipulation is made without prejudice to the right of any or all parties to seek a further extension of these or any other deadlines for good cause shown.

/ / /

/ / /

1
STIPULATION EXTENDING TIME TO RESPOND TO THE COMPLAINT;
CASE NO. 2:17-CV-02266-JAM-KJN

Pursuant to Local Rule 131, I, Jeff R. R. Nelson, attest that all other signatories listed, and on whose behalf this filing is submitted, approve the filing's content and have authorized the submission of this document on their behalf.

Dated: December 18, 2017  MAYER BROWN LLP
JOHN NADOLENCO
ANDREW Z. EDELSTEIN
JEFF R. R. NELSON

By: /s/ Jeff R. R. Nelson
    Jeff R. R. Nelson
Attorneys for Defendant
ICMA-RC

Dated: December 18, 2017  MASTAGNI HOLSTEDT
DAVID P. MASTAGNI
JEFFREY R. A. EDWARDS

By: /s/ Jeffrey R. A. Edwards
    Jeffrey R. A. Edwards
Attorney for Plaintiffs
Chris Andrew and Richard Mayberry

**IT IS SO ORDERED.** ICMA-RC's deadline to respond to the Complaint shall be January 5, 2018.

Dated: December 18, 2017  /s/ John A. Mendez
    U. S. District Court Judge