1   RANDALL W. EDWARDS (C.S.B. #179053)
    redwards@omm.com
2   SUSANNAH K. HOWARD (C.S.B #291326)
    showard@omm.com
3   O'MELVENY & MYERS LLP
    Two Embarcadero Center
4   28th Floor
    San Francisco, California 94111-3823
5   Telephone:    +1 415 984 8700
    Facsimile:    +1 415 984 8701
6
    Attorneys for Defendant
7   NATIONWIDE INVESTMENT SERVICES
    CORPORATION
8

9                 **UNITED STATES DISTRICT COURT**

10               **EASTERN DISTRICT OF CALIFORNIA**

11

12   CHRIS ANDREW and RICHARD            Case No. 2:17-cv-02266-JAM-KJN
     MAYBERRY, suing individually and by and
13   on behalf of all others similarly situated,   **STIPULATION TO EXTEND TIME**
                                                    **FOR DEFENDANTS TO RESPOND TO**
14                 Plaintiffs,                      **COMPLAINT (SECOND REQUEST)**

15         v.

16   CITY OF SACRAMENTO; NATIONWIDE
     INVESTMENT SERVICES CORPORATION,
17   an Ohio Corporation; INTERNATIONAL
     CITY/COUNTY MANAGERS
18   ASSOCIATION-RETIREMENT
     CORPORATION, a District of Columbia
19   Company,

20                 Defendants.

21

22

23

24

25

26

27

28

Pursuant to Civil Local Rule 144(a), Plaintiffs Chris Andrew and Richard Mayberry ("Plaintiffs") and Defendants City of Sacramento (the "City"), Nationwide Investment Services Corporation ("Nationwide"), and International City/County Managers Association-Retirement Corporation ("ICMA") (collectively, "Defendants") hereby stipulate and agree, subject to Court approval, to extend the time for Defendants to respond to the Complaint by 45 days, such that Defendants new response date would be February 19, 2018. The parties have agreed to enter into settlement discussions, and postponing the deadline for Defendants to respond to the Complaint would allow the parties to focus their efforts on these discussions, rather than on drafting responsive pleadings or motions. This is the second time each Defendant has requested Court approval for an extension of time to respond to the Complaint. Each Defendant previously filed a stipulated request for an extension to respond to the Complaint until January 5, 2018, all of which were subsequently granted by the Court. *See* Doc. Nos. 9, 12 & 13. These prior stipulations extended Nationwide's and the City's time to respond to the Complaint by 45 days (Doc. Nos. 9 & 12), and extended ICMA's time to respond to the Complaint by 16 days (Doc. No. 13). This request would not affect any other court-ordered deadline.

*[signature page follows]*

STIP. TO EXTEND DEFENDANTS TIME
TO RESPOND TO COMPL.
2:17-CV-02266-JAM-KJN

| | |
|---|---|
| 1 | Dated:  December 20, 2017 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |

Dated:  December 20, 2017                    Respectfully submitted,

O'MELVENY & MYERS LLP


By:   /s/ Randall W. Edwards
        Randall W. Edwards
Attorneys for Defendant
NATIONWIDE INVESTMENT SERVICES
CORPORATION

Dated:  December 20, 2017                    Respectfully submitted,

MASTAGNI HOLSTEDT


By:   /s/ Jeffrey R. A. Edwards
(as authorized on December 20, 2017)
        Jeffrey R. A. Edwards
Attorneys for Plaintiffs
CHRIS ANDREW and RICHARD
MAYBERRY

Dated:  December 20, 2017                    Respectfully submitted,

BUCHALTER


By:   /s/ Kevin T. Collins
        Kevin T. Collins
(as authorized on December 20, 2017)
Attorneys for Defendant
CITY OF SACRAMENTO

Dated:  December 20, 2017                    Respectfully submitted,

MAYER BROWN, LLP


By:   /s/ Andrew Z. Edelstein
        Andrew Z. Edelstein
(as authorized on December 20, 2017)
Attorneys for Defendant
INTERNATIONAL CITY/COUNTY
MANAGERS ASSOCIATION-RETIREMENT
CORPORATION

**IT IS SO ORDERED**. Defendants' deadline to respond to the Complaint shall be February 19, 2018.

DATED: 12/21/2017

/s/ John A. Mendez_____
Hon. John A. Mendez
United States District Court Judge