RANDALL W. EDWARDS (C.S.B. #179053)
redwards@omm.com
SUSANNAH K. HOWARD (C.S.B #291326)
showard@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, California  94111-3823
Telephone:      +1 415 984 8700
Facsimile:      +1 415 984 8701

Attorneys for Defendant
NATIONWIDE INVESTMENT SERVICES
CORPORATION

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRIS ANDREW and RICHARD MAYBERRY, suing individually and by and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SACRAMENTO; NATIONWIDE INVESTMENT SERVICES CORPORATION, an Ohio Corporation; INTERNATIONAL CITY/COUNTY MANAGERS ASSOCIATION-RETIREMENT CORPORATION, a District of Columbia Company,<br><br>Defendants. | Case No. 2:17-cv-02266-JAM-KJN<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT (THIRD REQUEST)** |

Pursuant to Civil Local Rule 144(a), Plaintiffs Chris Andrew and Richard Mayberry ("Plaintiffs") and Defendants City of Sacramento (the "City"), Nationwide Investment Services Corporation ("Nationwide"), and International City/County Managers Association-Retirement Corporation ("ICMA") (collectively, "Defendants") hereby stipulate and agree, subject to Court approval, to extend the time for Defendants to respond to the Complaint by 45 days, such that Defendants new response date would be April 5, 2018. On December 20, 2017, the parties submitted a stipulation requesting an extension for Defendants to respond to the Complaint until February 19, 2018 in order to focus in settlement discussions. (Doc. No. 14) This extension request was granted by the Court on December 22, 2017 (Doc. No. 15). The parties' settlement discussions are on-going, and further postponing the deadline for Defendants to respond to the Complaint would allow the parties to continue to focus their efforts on these discussions, rather than on drafting responsive pleadings or motions.

This is the third time each Defendant has requested Court approval for an extension of time to respond to the Complaint. In addition to the December 20, 2017 request referred to above, each Defendant previously filed a stipulated request for an extension to respond to the Complaint until January 5, 2018, all of which were subsequently granted by the Court. *See* Doc. Nos. 9, 12 & 13. These prior stipulations extended Nationwide's and the City's time to respond to the Complaint by 45 days (Doc. Nos. 9 & 12), and extended ICMA's time to respond to the Complaint by 16 days (Doc. No. 13). This request would not affect any other court-ordered deadline.

[*signature page follows*]

| | | |
|---|---|---|
| 1 | Dated: February 12, 2018 | Respectfully submitted, |
| 2 | | O'MELVENY & MYERS LLP |

By:  /s/ Randall W. Edwards
     Randall W. Edwards
Attorneys for Defendant
NATIONWIDE INVESTMENT SERVICES
CORPORATION

Dated:  February 12, 2018     Respectfully submitted,

MASTAGNI HOLSTEDT

By:  /s/ Jeffrey R. A. Edwards
(as authorized on February 12, 2018)
     Jeffrey R. A. Edwards
Attorneys for Plaintiffs
CHRIS ANDREW and RICHARD
MAYBERRY

Dated:  February 12, 2018     Respectfully submitted,

BUCHALTER

By:  /s/ Kevin T. Collins
     Kevin T. Collins
(as authorized on February 12, 2018)
Attorneys for Defendant
CITY OF SACRAMENTO

Dated:  February 12, 2018     Respectfully submitted,

MAYER BROWN, LLP

By:  /s/ Andrew Z. Edelstein
     Andrew Z. Edelstein
(as authorized on February 12, 2018)
Attorneys for Defendant
INTERNATIONAL CITY/COUNTY
MANAGERS ASSOCIATION-RETIREMENT
CORPORATION

| | |
|---|---|
| 1 | |
| 2 | **IT IS SO ORDERED.**  Defendants' deadline to respond to the Complaint shall be April 5, 2018. |
| 3 | DATED: February 12, 2018           /s/ John A. Mendez |
| | Hon. John A. Mendez |
| 4 | United States District Court Judge |