1  RANDALL W. EDWARDS (C.S.B. #179053)
   redwards@omm.com
2  SUSANNAH K. HOWARD (C.S.B. #291326)
   showard@omm.com
3  O'MELVENY & MYERS LLP
   Two Embarcadero Center
4  28th Floor
   San Francisco, California  94111-3823
5  Telephone:    +1 415 984 8700
   Facsimile:    +1 415 984 8701
6
   Attorneys for Defendant
7  NATIONWIDE INVESTMENT SERVICES
   CORPORATION
8

9              **UNITED STATES DISTRICT COURT**

10            **EASTERN DISTRICT OF CALIFORNIA**

11

12  CHRIS ANDREW and RICHARD            Case No. 2:17-cv-02266-JAM-KJN
    MAYBERRY, suing individually and by and
13  on behalf of all others similarly situated,   **JOINT STIPULATION TO CONTINUE**
                                                  **DEADLINE TO FILE DISPOSITION**
14              Plaintiffs,                       **DOCUMENTS**

15        v.                                      District Judge John A. Mendez

16  CITY OF SACRAMENTO; NATIONWIDE
    INVESTMENT SERVICES CORPORATION,
17  an Ohio Corporation; INTERNATIONAL
    CITY/COUNTY MANAGERS
18  ASSOCIATION-RETIREMENT
    CORPORATION, a District of Columbia
19  Company,

20              Defendants.

21

22

23

24

25

26

27

28

As set forth in the Court's June 21, 2018 Minute Order (Doc. No. 28), Plaintiffs Chris Andrew and Richard Mayberry, and Defendants City of Sacramento (the "City"), Nationwide Investment Services Corporation ("Nationwide"), and International City/County Managers Association-Retirement Corporation ("ICMA") (collectively, "Parties") reached a settlement in principal during the June 21, 2018 settlement conference before Magistrate Judge Claire. Since that time, the Parties have been drafting settlement documents; however, these documents have not yet been finalized.

The June 21, 2018 Minute order set forth a deadline of September 26, 2018 for the Parties to file final disposition documents. Given that the parties are still in the process of drafting the final settlement agreement, the parties request that the deadline to file final disposition documents be extended to November 16, 2018.

[*signature page follows*]

JOINT STIPULATION RE: DEADLINE TO
FILE DISPOSITION DOCUMENTS
2:17-CV-02266-JAM-KJN

| | | |
|---|---|---|
| 1 | Dated: September 24, 2018 | Respectfully submitted, |
| 2 | | O'MELVENY & MYERS LLP |
| 3 | | |
| 4 | | By: /s/ Susannah K. Howard |
| 5 | | Susannah K. Howard |
| | | Attorneys for Defendant |
| 6 | | NATIONWIDE INVESTMENT SERVICES CORPORATION |

1  Dated: September 24, 2018          Respectfully submitted,

2                                     O'MELVENY & MYERS LLP

3

4                                     By:   /s/ Susannah K. Howard
                                            Susannah K. Howard
5                                     Attorneys for Defendant
                                      NATIONWIDE INVESTMENT SERVICES
6                                     CORPORATION

7  Dated: September 24, 2018          Respectfully submitted,

8                                     MASTAGNI HOLSTEDT

9

10                                    By:   /s/ Jeffrey R. A. Edwards
                                      (as authorized on September 24, 2018)
11                                          Jeffrey R. A. Edwards
                                      Attorneys for Plaintiffs
12                                    CHRIS ANDREW and RICHARD
                                      MAYBERRY
13
   Dated: September 24, 2018          Respectfully submitted,
14
                                      BUCHALTER
15

16
                                      By:   /s/ Kevin T. Collins
17                                          Kevin T. Collins
                                      (as authorized on September 24, 2018)
18                                    Attorneys for Defendant
                                      CITY OF SACRAMENTO
19

20  Dated: September 24, 2018         Respectfully submitted,

21                                    MAYER BROWN, LLP

22

23                                    By:   /s/ Andrew Z. Edelstein
                                            Andrew Z. Edelstein
24                                    (as authorized on September 24, 2018)
                                      Attorneys for Defendant
25                                    INTERNATIONAL CITY/COUNTY
                                      MANAGERS ASSOCIATION-RETIREMENT
26                                    CORPORATION

27

28

JOINT STIPULATION RE: DEADLINE TO
FILE DISPOSITION DOCUMENTS
2:17-CV-02266-JAM-KJN

1

2   **IT IS SO ORDERED**.  The deadline for the Parties to file final disposition documents shall be

3   extended to November 16, 2018.

4

5   DATED: September 25, 2018                    /s/ John A. Mendez

6                                                THE HONORABLE JOHN A. MENDEZ
                                                 UNITED STATES DISTRICT COURT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION RE: DEADLINE TO
FILE DISPOSITION DOCUMENTS
2:17-CV-02266-JAM-KJN