RANDALL W. EDWARDS (C.S.B. #179053)
redwards@omm.com
SUSANNAH K. HOWARD (C.S.B. #291326)
showard@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, California 94111-3823
Telephone: +1 415 984 8700
Facsimile: +1 415 984 8701

Attorneys for Defendant
NATIONWIDE INVESTMENT SERVICES
CORPORATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS ANDREW and RICHARD MAYBERRY, suing individually and by and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF SACRAMENTO; NATIONWIDE INVESTMENT SERVICES CORPORATION, an Ohio Corporation; INTERNATIONAL CITY/COUNTY MANAGERS ASSOCIATION-RETIREMENT CORPORATION, a District of Columbia Company,<br><br>　　　　　Defendants. | Case No. 2:17-cv-02266-JAM-KJN<br><br>**JOINT STIPULATION TO CONTINUE DEADLINE TO FILE DISPOSITION DOCUMENTS**<br><br>Hon. John A. Mendez |

As set forth in the Court's June 21, 2018 Minute Order (Doc. No. 28), Plaintiffs Chris Andrew and Richard Mayberry, and Defendants City of Sacramento (the "City"), Nationwide Investment Services Corporation ("Nationwide"), and International City/County Managers Association-Retirement Corporation ("ICMA") (collectively, "Parties") reached a settlement in principal during the June 21, 2018 settlement conference before Magistrate Judge Claire. Since that time, the Parties have been drafting settlement documents; however, these documents have not yet been finalized.

The June 21, 2018 Minute order set forth a deadline of September 26, 2018 for the Parties to file final disposition documents. On September 24, 2018, the Parties filed a stipulation requesting the deadline to file final disposition documents be extended to November 16, 2018. (Doc. No. 29). That stipulated request was granted by the Court on September 25, 2018. (Doc. No. 30). On November 15, the Parties filed a second stipulation requesting that the deadline to file final disposition documents be extended to February 22, 2019. The second stipulated request was granted by the Court on November 16, 2018.

The Parties are very close to finalizing the settlement agreement and expect to have a final agreement by early March. However, the Parties will need additional time after finalizing the settlement agreement to carry out certain terms of the agreement, before final disposition documents can be filed. The Parties therefore request that the deadline to file final disposition documents be extended to April 19, 2019.

[*signature page follows*]

| | | |
|---|---|---|
| 1 | Dated: February 20, 2019 | Respectfully submitted, |
| 2 | | O'MELVENY & MYERS LLP |

By: /s/ Susannah K. Howard
　　　Susannah K. Howard
Attorneys for Defendant
NATIONWIDE INVESTMENT SERVICES
CORPORATION

Dated: February 20, 2019　　　　Respectfully submitted,

MASTAGNI HOLSTEDT

By: /s/ Isaac S. Stevens
(as authorized on November 15, 2018)
　　　Isaac S. Stevens
Attorneys for Plaintiffs
CHRIS ANDREW and RICHARD
MAYBERRY

Dated: February 20, 2019　　　　Respectfully submitted,

BUCHALTER

By: /s/ Kevin T. Collins
　　　Kevin T. Collins
(as authorized on November 15, 2018)
Attorneys for Defendant
CITY OF SACRAMENTO

Dated: February 20, 2019　　　　Respectfully submitted,

MAYER BROWN, LLP

By: /s/ Andrew Z. Edelstein
　　　Andrew Z. Edelstein
(as authorized on November 15, 2018)
Attorneys for Defendant
INTERNATIONAL CITY/COUNTY
MANAGERS ASSOCIATION-RETIREMENT
CORPORATION

**IT IS SO ORDERED**. The deadline for the Parties to file final disposition documents shall be extended to April 19, 2019.

DATED: 2/21/2019

/s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge