MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
 *jnadolenco@mayerbrown.com*
ANDREW EDELSTEIN (SBN 218023)
 *aedelstein@mayerbrown.com*
350 South Grand Avenue, 25th Floor
Los Angeles, CA  90071-1503
Telephone:     (213) 229-9500
Facsimile:     (213) 625-0248

Attorneys for Defendant
INTERNATIONAL CITY/COUNTY MANAGERS
ASSOCIATION-RETIREMENT CORPORATION

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS ANDREW and RICHARD MAYBERRY, suing individually and by and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SACRAMENTO; NATIONWIDE INVESTMENT SERVICES CORPORATION, an Ohio Corporation; INTERNATIONAL CITY/COUNTY MANAGERS ASSOCIATION-RETIREMENT CORPORATION, a District of Columbia Company,<br><br>Defendants. | Case No. 2:17-cv-02266-JAM-KJN<br><br>**JOINT STIPULATION TO CONTINUE DEADLINE TO FILE DISPOSITION DOCUMENTS**<br><br>Hon. John A. Mendez |

As set forth in the Court's June 21, 2018 Minute Order (Doc. No. 28), Plaintiffs Chris Andrew and Richard Mayberry, and Defendants City of Sacramento (the "City"), Nationwide Investment Services Corporation ("Nationwide"), and International City/County Managers Association-Retirement Corporation ("ICMA RC") (collectively, "Parties") reached a settlement in principal during the June 21, 2018 settlement conference before Magistrate Judge Claire. Since that time, the Parties have been drafting settlement documents; however, these documents have not yet been finalized, and after they are finalized, the Parties will need additional time before they can file final disposition documents, so that certain preconditions can be met.

The June 21, 2018 Minute order set forth a deadline of September 26, 2018 for the Parties to file final disposition documents. On September 24, 2018, the Parties filed a stipulation requesting the deadline to file final disposition documents be extended to November 16, 2018. (Doc. No. 29). That stipulated request was granted by the Court on September 25, 2018. (Doc. No. 30). On November 15, the Parties filed a second stipulation requesting that the deadline to file final disposition documents be extended to February 22, 2019. (Doc. No. 33). The second stipulated request was granted by the Court on November 16, 2018. (Doc. No. 34). On February 20, 2019, the Parties filed a third stipulation requesting that the deadline to file final disposition documents be extended to April 19, 2019, 2019. (Doc. No. 35). The third stipulated request was granted by the Court on February 21, 2019. (Doc. No. 36).

The Parties have made significant progress and have a near final draft of their agreement, but request a limited amount of additional time to finalize the draft, get client approval, and obtain the required signatures. In addition, and critically, the Parties will need additional time after finalizing the settlement agreement to carry out certain terms of the agreement, before final disposition documents can be filed. The Parties therefore request that the deadline to file final disposition documents be extended to July 19, 2019.

[*signature page follows*]

/ / /

/ / /

/ / /

Dated:  April 16, 2019

Respectfully submitted,

MAYER BROWN, LLP


By: __/s/ Andrew Z. Edelstein__
        Andrew Z. Edelstein
Attorneys for Defendant
INTERNATIONAL CITY/COUNTY
MANAGERS ASSOCIATION-RETIREMENT
CORPORATION


Dated:  April 16, 2019

Respectfully submitted,

O'MELVENY & MYERS LLP


By: __/s/ Susannah K. Howard__
        Susannah K. Howard
        (as authorized on April 16, 2019)
Attorneys for Defendant
NATIONWIDE INVESTMENT SERVICES
CORPORATION


Dated:  April 16, 2019

Respectfully submitted,

MASTAGNI HOLSTEDT


By: __/s/ Isaac S. Stevens__
Isaac S. Stevens
 (as authorized on April 16, 2019)

Attorneys for Plaintiffs
CHRIS ANDREW and RICHARD
MAYBERRY


Dated:  April 16, 2019

Respectfully submitted,

BUCHALTER


By: __/s/ Kevin T. Collins__
        Kevin T. Collins
        (as authorized on April 16, 2019)
Attorneys for Defendant
CITY OF SACRAMENTO

3

1   **IT IS SO ORDERED**.  The deadline for the Parties to file final disposition documents

2   shall be extended to July 19, 2019.

3   DATED:  4/17/2019

4                                                    /s/ John A. Mendez
                                                     Hon. John A. Mendez
5                                                    United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28