DAVID P. MASTAGNI, ESQ. (SBN 57721)
david@mastagni.com
ISAAC S. STEVENS, ESQ. (SBN 251245)
istevens@mastagni.com
**MASTAGNI HOLSTEDT**
*A Professional Corporation*
1912 "I" Street
Sacramento, California 95811-3151
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiffs
CHRIS ANDREW and RICHARD MAYBERRY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS ANDREW and RICHARD MAYBERRY, suing individually and by and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SACRAMENTO; NATIONWIDE INVESTMENT SERVICES CORPORATION, an Ohio Corporation; INTERNATIONAL CITY/COUNTY MANAGERS ASSOCIATION-RETIREMENT CORPORATION, a District of Columbia Company,<br><br>Defendants. | Case No. 2:17-cv-02266-JAM-KJN<br><br>**JOINT STIPULATION TO CONTINUE DEADLINE TO FILE DISPOSITION DOCUMENTS**<br><br>Hon. John A. Mendez |

As set forth in the Court's June 21, 2018 Minute Order (Doc. No. 28), Plaintiffs Chris Andrew and Richard Mayberry, and Defendants City of Sacramento (the "City"), Nationwide Investment Services Corporation ("Nationwide"), and International City/County Managers Association-Retirement Corporation ("ICMA RC") (collectively, "Parties") reached a settlement in principal during the June 21, 2018 settlement conference before Magistrate Judge Claire. Since that time, the Parties have been drafting settlement documents; however, these documents have still not yet been finalized despite the Parties' collaborative efforts.

The June 21, 2018 Minute order set forth a deadline of September 26, 2018 for the Parties to file final disposition documents. On September 24, 2018, the Parties filed a stipulation requesting the deadline to file final disposition documents be extended to November 16, 2018. (Doc. No. 29). That stipulated request was granted by the Court on September 25, 2018. (Doc. No. 30). On November 15, the Parties filed a second stipulation requesting that the deadline to file final disposition documents be extended to February 22, 2019. (Doc. No. 33). The second stipulated request was granted by the Court on November 16, 2018. (Doc. No. 34). On February 20, 2019, the Parties filed a third stipulation requesting that the deadline to file final disposition documents be extended to April 19, 2019. (Doc. No. 35). The third stipulated request was granted by the Court on February 21, 2019. (Doc. No. 36). On April 17, 2019, the Parties filed a fourth stipulation requesting additional time to July 19, 2019. (Doc. No. 37). That stipulation was granted by the Court on April 18, 2019. (Doc. No. 38).

The Parties have made significant progress and have a near final draft of their agreement, but request a limited amount of additional time to finalize the draft, get client approval, and obtain the required signatures. In addition, and critically, the Parties will need additional time after finalizing the settlement agreement to carry out certain terms of the agreement, before final disposition documents can be filed. The Parties therefore request that the deadline to file final disposition documents be extended to August 30, 2019.

[*signature page follows*]

| | | |
|---|---|---|
| 1 | Dated: July 18, 2019 | Respectfully submitted, |
| 2 | | MAYER BROWN, LLP |
| 4 | | By: */s/ Andrew Z. Edelstein*<br>*(as authorized 7/18/19)* |
| 5 | | Andrew Z. Edelstein<br>Attorneys for Defendant |
| 6 | | INTERNATIONAL CITY/COUNTY<br>MANAGERS ASSOCIATION-RETIREMENT |
| 7 | | CORPORATION |
| 8 | Dated: July 18, 2019 | Respectfully submitted, |
| 9 | | O'MELVENY & MYERS LLP |
| 12 | | By: */s/ Susannah K. Howard*<br>*(as authorized 7/18/19)* |
| | | Susannah K. Howard |
| 13 | | Attorneys for Defendant<br>NATIONWIDE INVESTMENT SERVICES |
| 14 | | CORPORATION |
| 15 | Dated: July 18, 2019 | Respectfully submitted, |
| 16 | | MASTAGNI HOLSTEDT, APC |
| 18 | | By: */s/ Isaac S. Stevens*<br>Isaac S. Stevens |
| 19 | | Attorneys for Plaintiffs<br>CHRIS ANDREW and RICHARD |
| 20 | | MAYBERRY |
| 21 | Dated: July 18, 2019 | Respectfully submitted, |
| 22 | | BUCHALTER |
| 24 | | By: */s/ Kevin T. Collins*<br>*(as authorized 7/18/19)* |
| 25 | | Kevin T. Collins<br>Attorneys for Defendant |
| 26 | | CITY OF SACRAMENTO |

3
JOINT STIPULATION RE: DEADLINE TO FILE DISPOSITION DOCUMENTS;
CASE NO. 2:17-CV-02266-JAM-KJN

1 | **IT IS SO ORDERED**.  The deadline for the Parties to file final disposition documents shall be
2 | extended to August 30, 2019.
3 | DATED: 7/18/19

                                                              /s/ John A. Mendez
                                                                  Hon. John A. Mendez
                                                              United States District Court Judge