1  RANDALL W. EDWARDS (C.S.B. #179053)
   redwards@omm.com
2  SUSANNAH K. HOWARD (C.S.B. #291326)
   showard@omm.com
3  O'MELVENY & MYERS LLP
   Two Embarcadero Center
4  28th Floor
   San Francisco, California  94111-3823
5  Telephone:    +1 415 984 8700
   Facsimile:    +1 415 984 8701
6
   Attorneys for Defendant
7  NATIONWIDE INVESTMENT SERVICES
   CORPORATION
8
9                    **UNITED STATES DISTRICT COURT**

10                   **EASTERN DISTRICT OF CALIFORNIA**

11

12  CHRIS ANDREW and RICHARD              Case No. 2:17-cv-02266-JAM-KJN
    MAYBERRY, suing individually and by and
13  on behalf of all others similarly situated,   **JOINT STIPULATION TO CONTINUE**
                                                  **DEADLINE TO FILE DISPOSITION**
14                   Plaintiffs,                  **DOCUMENTS**

15       v.                                       Hon. John A. Mendez

16  CITY OF SACRAMENTO; NATIONWIDE
    INVESTMENT SERVICES CORPORATION,
17  an Ohio Corporation; INTERNATIONAL
    CITY/COUNTY MANAGERS
18  ASSOCIATION-RETIREMENT
    CORPORATION, a District of Columbia
19  Company,

20                   Defendants.

21

22

23

24

25

26

27

28

1    As set forth in the Court's June 21, 2018 Minute Order (Doc. No. 28), Plaintiffs Chris

2    Andrew and Richard Mayberry, and Defendants City of Sacramento (the "City"), Nationwide

3    Investment Services Corporation ("Nationwide"), and International City/County Managers

4    Association-Retirement Corporation ("ICMA RC") (collectively, "Parties") reached a settlement

5    in principal during the June 21, 2018 settlement conference before Magistrate Judge Claire.  Since

6    that time, the Parties have been drafting settlement documents; however, these documents have still

7    not yet been finalized despite the Parties' collaborative efforts.

8        The June 21, 2018 Minute order set forth a deadline of September 26, 2018 for the Parties

9    to file final disposition documents.  On September 24, 2018, the Parties filed a stipulation

10   requesting the deadline to file final disposition documents be extended to November 16, 2018.

11   (Doc. No. 29).  That stipulated request was granted by the Court on September 25, 2018.  (Doc.

12   No. 30).  On November 15, the Parties filed a second stipulation requesting that the deadline to file

13   final disposition documents be extended to February 22, 2019.  (Doc. No. 33).  The second

14   stipulated request was granted by the Court on November 16, 2018.  (Doc. No. 34).  On February

15   20, 2019, the Parties filed a third stipulation requesting that the deadline to file final disposition

16   documents be extended to April 19, 2019, 2019.  (Doc. No. 35).  The third stipulated request was

17   granted by the Court on February 21, 2019.  (Doc. No. 36).  On April 17, 2019, the Parties filed a

18   fourth stipulation requesting additional time to July 19, 2019.  (Doc. No. 37).  That stipulation was

19   granted by the Court on April 18, 2019.  (Doc. No. 38).  On July 18, 2019, the Parties filed a fifth

20   stipulation requesting addition time to August 30, 2019.  (Doc. No. 40).  That stipulation was

21   granted by the Court on July 19, 2019 (Doc No. 41.)

22       The Parties have made significant progress and have a near final draft of their agreement,

23   but request a limited amount of additional time to finalize the draft, get client approval, and obtain

24   the required signatures.  In addition, and critically, the Parties will need additional time after

25   finalizing the settlement agreement to carry out certain terms of the agreement, before final

26   disposition documents can be filed.  The Parties therefore request that the deadline to file final

27   disposition documents be extended to October 16, 2019.

28

| | |
|---|---|
| Dated: August 30, 2019 | Respectfully submitted, |
| | O'MELVENY & MYERS LLP |
| | By: /s/ Susannah K. Howard |
| | Susannah K. Howard |
| | Attorneys for Defendant |
| | NATIONWIDE INVESTMENT SERVICES |
| | CORPORATION |
| Dated: August 30, 2019 | Respectfully submitted, |
| | MASTAGNI HOLSTEDT |
| | By: /s/ Isaac S. Stevens |
| | (as authorized on August 30, 2019) |
| | Isaac S. Stevens |
| | Attorneys for Plaintiffs |
| | CHRIS ANDREW and RICHARD |
| | MAYBERRY |
| Dated: August 30, 2019 | Respectfully submitted, |
| | BUCHALTER |
| | By: /s/ Kevin T. Collins |
| | Kevin T. Collins |
| | (as authorized on August 30, 2019) |
| | Attorneys for Defendant |
| | CITY OF SACRAMENTO |
| Dated: August 30, 2019 | Respectfully submitted, |
| | MAYER BROWN, LLP |
| | By: /s/ Andrew Z. Edelstein |
| | Andrew Z. Edelstein |
| | (as authorized on August 30, 2019) |
| | Attorneys for Defendant |
| | INTERNATIONAL CITY/COUNTY |
| | MANAGERS ASSOCIATION-RETIREMENT |
| | CORPORATION |

JOINT STIPULATION RE: DEADLINE TO
FILE DISPOSITION DOCUMENTS
2:17-CV-02266-JAM-KJN

1

2 **IT IS SO ORDERED**.  The deadline for the Parties to file final disposition documents shall be

3 extended to October 16, 2019.

4       Dated: September 3, 2019

                              /s/ John A. Mendez

5                               Hon. John A. Mendez
                              United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION RE: DEADLINE TO
FILE DISPOSITION DOCUMENTS
2:17-CV-02266-JAM-KJN