DAVID P. MASTAGNI, ESQ. (SBN 57721)
david@mastagni.com
CHERYL CARLSON, ESQ. (SBN 118102)
ccarlson@mastagni.com
**MASTAGNI HOLSTEDT**
*A Professional Corporation*
1912 "I" Street
Sacramento, California 95811-3151
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiffs
CHRIS ANDREW and RICHARD MAYBERRY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS ANDREW and RICHARD MAYBERRY, suing individually and by and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SACRAMENTO; NATIONWIDE INVESTMENT SERVICES CORPORATION, an Ohio Corporation; INTERNATIONAL CITY/COUNTY MANAGERS ASSOCIATION-RETIREMENT CORPORATION, a District of Columbia Company,<br><br>Defendants. | Case No. 2:17-cv-02266-JAM-KJN<br><br>**JOINT STIPULATION TO CONTINUE DEADLINE TO FILE DISPOSITION DOCUMENTS**<br><br>Hon. John A. Mendez |

As set forth in the Court's June 21, 2018 Minute Order (Doc. No. 28), Plaintiffs Chris Andrew and Richard Mayberry, and Defendants City of Sacramento (the "City"), Nationwide Investment Services Corporation ("Nationwide"), and International City/County Managers Association-Retirement Corporation ("ICMA RC") (collectively, "Parties") reached a settlement in principal during the June 21, 2018 settlement conference before Magistrate Judge Claire.

As previously reported to this Court, the Parties' signed settlement agreement requires independent fiduciary review prior to the Parties' filing of dispositional documents. This independent fiduciary review is not yet complete. The Parties are simply waiting for the fiduciary

to complete its review, however events caused by the COVID-19 Pandemic have caused further unanticipated delays. For this reason, the Parties again request that the deadline to file final disposition documents be extended for approximately 90 days, in order to carry out certain terms of the settlement agreement.

The June 21, 2018 Minute Order set forth a deadline of September 26, 2018 for the Parties to file final disposition documents. On September 24, 2018, the Parties filed a stipulation requesting the deadline to file final disposition documents be extended to November 16, 2018. (Doc. No. 29). That stipulated request was granted by the Court on September 25, 2018. (Doc. No. 30). On November 15, the Parties filed a second stipulation requesting that the deadline to file final disposition documents be extended to February 22, 2019. (Doc. No. 33). The second stipulated request was granted by the Court on November 16, 2018. (Doc. No. 34). On February 20, 2019, the Parties filed a third stipulation requesting that the deadline to file final disposition documents be extended to April 19, 2019. (Doc. No. 35). The third stipulated request was granted by the Court on February 21, 2019. (Doc. No. 36). On April 17, 2019, the Parties filed a fourth stipulation requesting additional time to July 19, 2019. (Doc. No. 37). That stipulation was granted by the Court on April 18, 2019. (Doc. No. 38). On July 18, 2019, the Parties filed a fifth stipulation requesting additional time to August 30, 2019. (Doc. No. 40). That stipulation was granted by the Court on July 19, 2019. (Doc. No. 41). On August 30, 2019, the Parties filed a sixth stipulation requesting additional time to October 16, 2019. (Doc. No. 42). That stipulation was granted by the Court on September 3, 2019. (Doc. No. 43). On October 17, 2019 the Parties filed a seventh stipulation requesting additional time to November 22, 2019. (Doc. No. 44). That stipulation was granted by the Court on October 17, 2019. (Doc. No. 45). On November 25, 2019, the Parties filed an eighth stipulation requesting additional time to December 20, 2019. (Doc. No. 46). That stipulation was granted by the Court on November 25, 2019. (Doc. No. 47). On December 20, 2019, the Parties filed a ninth stipulation requesting additional time to March 4, 2020. (Doc. No. 48). That stipulation was granted by the Court on December 26, 2020. (Doc. No. 49). On March 5, 2020, the Parties filed a tenth stipulation requesting additional time to June 2, 2020. (Doc. No. 50). That stipulation was granted by the Court on March 5, 2020. (Doc. No. 51). On June 3, 2020

the Parties filed an eleventh stipulation requesting additional time to August 31, 2020.  (Doc. No. 52).  That stipulation was granted by the Court on June 4, 2020.  (Doc. No. 53).

Dated: August 28, 2020                                Respectfully submitted,

                                                      MAYER BROWN, LLP

                                                      By: */s/ Juan M. Rodriguez (as authorized 8/28/20)*
                                                              Juan M. Rodriguez
                                                      Attorneys for Defendant
                                                      INTERNATIONAL CITY/COUNTY MANAGERS ASSOCIATION-RETIREMENT CORPORATION

Dated: August 28, 2020                                Respectfully submitted,

                                                      O'MELVENY & MYERS LLP

                                                      By: */s/ Susannah K. Howard (as authorized 8/28/20)*
                                                              Susannah K. Howard
                                                      Attorneys for Defendant
                                                      NATIONWIDE INVESTMENT SERVICES CORPORATION

Dated: August 28, 2020                                Respectfully submitted,

                                                      MASTAGNI HOLSTEDT, APC

                                                      By: */s/ Cheryl Carlson*
                                                              Cheryl Carlson
                                                      Attorneys for Plaintiffs
                                                      CHRIS ANDREW and RICHARD MAYBERRY

Dated: August 28, 2020                                Respectfully submitted,

                                                      BUCHALTER

                                                      By: */s/ Kevin T. Collins (as authorized 8/27/20)*
                                                              Kevin T. Collins
                                                      Attorneys for Defendant
                                                      CITY OF SACRAMENTO

**ORDER**

IT IS SO ORDERED.  The deadline for the Parties to file final disposition documents shall be extended to November 30, 2020.

DATED:  August 28, 2020                    /s/ John A. Mendez_____
                                           Hon. John A. Mendez
                                           United States District Court Judge